AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Anthony M. Valentine<br><br>*Defendant(s)* | )<br>)  Case No.  6:17mJ67<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 22, 2017__ in the county of __Greenville__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922g | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*
David Gault, TFO ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 23, 2017__

_____
*Judge's signature*

City and state: __Greenville, SC__      Kevin F McDonald, US Magistrate Judge
*Printed name and title*