IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: _6:17cr307_ |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| **ANTHONY MARQUISE VALENTINE** | ) | 28 U.S.C. § 2461(c) |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES:

That on or about March 22, 2017, in the District of South Carolina, the Defendant, **ANTHONY MARQUISE VALENTINE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm and ammunition, that is a High-Point 9mm handgun and 9mm ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

1

RECEIVED
USDC, CLERK GREENVILLE, SC
2017 APR 11 PM 3:39

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

That on or about March 22, 2017, in the District of South Carolina, the Defendant, **ANTHONY MARQUISE VALENTINE**, knowingly, intentionally, and unlawfully did possess with intent to distribute marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

That on or about March 22, 2017, in the District of South Carolina, the Defendant, **ANTHONY MARQUISE VALENTINE**, knowingly possessed a firearm in furtherance of a drug trafficking crime, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

2

## **FORFEITURE**

DRUG TRAFFICKING/ FIREARM OFFENSES:

Upon conviction for one or more felony violations of Title 18 and 21, United States Code, as charged in this Indictment, the Defendant, **ANTHONY MARQUISE VALENTINE**, shall forfeit to the United States all of the Defendant's right, title and interest in and to any property, real and personal,

> (1) constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations, and all properties traceable thereto;

> (2) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations;

> (3) any firearm and ammunition (as defined in 18 U.S.C. § 921) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable thereto,

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

> (a) Firearm:
> (1) Hi-Point 9mm handgun  (serial number P1659976)

> (b) Ammunition:
> (1) 53 rounds of 9 mm ammunition

3

(c)    Proceeds/Money Judgment:

A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for his violations of 21 U.S.C. § 841.

## SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the Defendants --

a.    cannot be located upon the exercise of due diligence;
b.    has been transferred or sold to, or deposited with, a third person;
c.    has been placed beyond the jurisdiction of the Court;
d.    has been substantially diminished in value; or
e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the said Defendant up to an amount equivalent

to the value of the above-described forfeitable property;

Pursuant to Title 18 United States Code, Section 924(d) and Title 21, United

States Code, Sections 853 and 881, and Title 28, United States Code Section 2461(c).

A _True_ BILL

REDACTED

FOREPERSON

_Beth Drake_
BETH DRAKE        (JLS/twd)
United States Attorney

4