# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

vs.  CASE NO. 6:17-00307-JMC

ANTHONY MARQUISE VALENTINE

## PLEA

The Defendant, ANTHONY MARQUISE VALENTINE, acknowledges receipt of a copy of the indictment and after arraignment pleads guilty in open court to count(s) 1, 2, 3.

_____
(Signed)    Defendant

Greenville, South Carolina
July 17, 2017