# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

ANTHONY VALENTINE
PRO SE,                    CASE # 6:17-307-JMC

VS                         CLERK TO INSERT CASE #

UNITED STATES OF AMERICA

## MOTION TO GIVE NOTICE OF OBJECTION; TO CAREER OFFENDER ENHANCEMENT PURSUANT TO 4B1.1(C)(3) PRESENTENCE REPORT

COMES NOW THE DEFENDANT ANTHONY VALENTINE AND RESPECTFULLY REQUEST THIS MOST HONORABLE COURT, TO CONSTRUE THIS MOTION LIBERLY PURSUANT TO KERNER Vs. UNITED STATES, THAT STATES THE COURT MAY CONSTRUE IT AS IT SEEMS FIT. (SEE UNITED STATES CRIM LAW PROCUDURES) AS WELL AS, THE COURT THEN WOULD REVIEW THE FOLLOW INFORMATION, AND GRANT THIS MOTION AND FILE NOTICE OF OBJECTION TO ALL PARTIES INVOLVED THAT THE DEFENDANT OBJECTS TO THE 4B1.1 ENHANCEMENT PREDICATE;

## BACKROUND

MR VALENTINE. IS CHARGED WITH A SINGLE 924(C) WICH HE PLED TO IN THIS COURT WITH ADVICE FROM COUNCEL THAT ALL OTHER CHARGES WOULD BE DISMISSED, HE WAS ADVISED THAT HE FACED 5 YEARS TO LIFE FOR

(1)

THE OFFENCE, AFTER DOING SO IN OPEN COURT THE DEFENDANT RECIEVED HIS P.S.R. REPORT ON THE 21st OF MARCH 2018 AND WAS ADVISED HE WAS BEING CONCIDERED FOR A 4B1.1 ENHANCED SENTENCE, ON THE 28th OF MARCH 2018 HE WAS ADVISED BY A LAW FIRM DOING RESEARCH ON THE PRIOR CONVICTIONS, THAT ONE OF THE OFFENCES THAT WOULD BE USED BY THE GOVERMENT WAS IN QUESTION, AND THAT HE SHOULD OBJECT TO THE COURT FOR A ALOWED TIME FOR RESEARCH AND THAT HE HAD (14) DAYS TO OBJECT; WHEN HE CONTACTED HIS LAWYER(S) OFFICE, HE WAS TOLD THAT THE TIME PERIOD FOR OBJECTION WAS OVER, THIS WAS ALSO ON THE 28th OF MARCH, HIS LAWYER WAS ON VACATION AND HIS ASSISTANT ADVISED HIM THAT THEY WOULD ARGUE IT AT SENTENCEING. MR VALENTINE WOULD RESPECTFULY ASK THIS COURT TO GRANT A NOTICE OF OBJECTION TO ALL PARTIES.

### CERTIFICATE OF SERVICE

THE ABOVE INFORMATION IS BEING SIGNED AND FORWARDED THIS, 1st DAY OF APRIL, 2018 A TRUE COPY IS BEING SENT TO ALL PARTIES.

RESPECTFULY SUBMITTED,

*Anthony V*
ANTHONY, VALENTINE

4/1/2018
DATE

(2)